# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CREEKVIEW IP LLC,**<br><br>                Plaintiff,<br><br>v.<br><br>**JABRA CORPORATION,**<br><br>                Defendant. | C.A. No. 22-426-CFC<br><br>**TRIAL BY JURY DEMANDED** |

## JOINT STIPULATION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

WHEREAS, all matters in controversy between Plaintiff Creekview IP LLC and Defendant GN Audio USA Inc. d/b/a Jabra Corporation have been settled in principle, and the parties require additional time to finalize the agreement and to dismiss the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that all hearings and deadlines between the parties are stayed through June 24, 2022.

Dated: May 16, 2022

| | |
|---|---|
| CHONG LAW FIRM, P.A. | YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP |
| */s/ Jimmy Chong* | */s/ Samantha G. Wilson*<br>Anne Shea Gaza (#4093)<br>Samantha G. Wilson (#5816) |

| | |
|---|---|
| Jimmy Chong (#4839) | Rodney Square |
| 2961 Centerville Rd. Suite 350 | 1000 North King Street |
| Wilmington, DE 19808 | Wilmington, DE 19801 |
| Telephone: (302) 999-9480 | (302) 571-6600 |
| Facsimile: (302) 800-1999 | agaza@ycst.com |
| Email: chong@chonglawfirm.com | swilson@ycst.com |
| | |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Creekview IP LLC* | *GN Audio USA Inc. d/b/a Jabra Corporation* |

SO ORDERED this _____ day of May, 2022.

_____
CHIEF, UNITED STATES DISTRICT JUDGE