IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREEKVIEW IP LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JABRA CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 22-426-CFC |

**JOINT STIPULATION TO CONTINUE STAY**

WHEREAS, in light of the parties' agreement in principle to resolve their dispute, the parties requested and the Court approved a stay of all hearings and deadlines through June 24, 2022 (D.I. 9); and

WHEREAS, the parties respectfully request to extend the stay in order to provide additional time to finalize their agreement and dismiss the case.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the stay of all hearings and deadlines between the parties is extended through July 25, 2022.

Dated: June 22, 2022

| | |
|---|---|
| CHONG LAW FIRM, P.A. | YOUNG CONAWAY STARGATT<br>　& TAYLOR, LLP |
| | |
| */s/ Jimmy Chong* | */s/ Samantha G. Wilson* |

| | |
|---|---|
| Jimmy Chong (No. 4839)<br>2961 Centerville Rd. Suite 350<br>Wilmington, DE 19808<br>(302) 999-9480<br>chong@chonglawfirm.com<br><br>*Attorney for Plaintiff*<br>*Creekview IP LLC* | Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendant*<br>*GN Audio USA Inc. d/b/a Jabra*<br>*Corporation* |

SO ORDERED this _____ day of June, 2022.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

29477273.1