IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEKVIEW IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-426-CFC |
| | ) | |
| JABRA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| CREEKVIEW IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-427-CFC |
| | ) | |
| SKULLCANDY INC., | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM ORDER

Whereas the amended corporate disclosure statements filed by Plaintiff in the above-captioned cases identify Jacob LaPray as Plaintiff's owner; and

Whereas the Court has concerns about the accuracy of those statements and whether Plaintiff has complied with the Court's standing order regarding third-party litigation funding;

NOW THEREFORE, at Wilmington on this Twelfth day of September in 2022, it is HEREBY ORDERED that:

1. The Court will hold on December 6, 2022 at 1:00 p.m. an evidentiary hearing to determine whether the amended corporate disclosure statements are accurate and whether Plaintiff has complied with the Court's standing order regarding third-party litigation funding;

2. The following individuals shall attend the hearing in person: Jimmy Chong and Jacob LaPray.

_____<br>CHIEF JUDGE