## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CREEKVIEW IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-426-CFC |
| | ) | |
| JABRA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CREEKVIEW IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-427-CFC |
| | ) | |
| SKULLCANDY INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM ORDER**

Whereas the Court's June 23, 2023 Memorandum Order directed Mr. Jacob LaPray to attend a hearing in person on July 21, 2023, No. 22-426, D.I. 20 at 8; No. 22-427, D.I. 27 at 8;

Whereas in two cases filed by Backertop Licensing LLC, the Court directed Ms. Lori LaPray to attend a hearing in person on July 20, 2023, No. 22-572, D.I. 37 at 8; No. 22-573, D.I. 40 at 8;

Whereas both Backertop and Plaintiff Creekview IP LLC retained Mr. David Finger as counsel in their respective cases, No. 22-426, D.I. 21; No. 22-427, D.I. 28; No. 22-572, D.I. 47; No. 22-573, D.I. 51;

Whereas on July 12, 2023, Backertop filed a "Notice of Objection to and Non-Participation in Judicial Inquisition" (No. 22-572, D.I. 48; No. 22-573, D.I. 52), in which Backertop, joined by Ms. Lori LaPray, gave "notice of its objection to the Judicial Inquisition initiated and conducted by the Court, and of its declining to participate any further in such inquisition," No. 22-572, D.I. 48 at 1; No. 22-573, D.I. 52 at 1;

Whereas on July 19, 2023, Creekview filed a "Notice of Objection to and Non-Participation in Judicial Inquisition" (No. 22-426, D.I. 22; No. 22-427, D.I. 29), in which Creekview, joined by Mr. Jacob LaPray, gave "notice of its objection to the Judicial Inquisition initiated and conducted by the Court, and of its declining to participate any further in such inquisition"; stated that Mr. Jacob LaPray and Creekview will not appear in proceedings in this Court; and joined Backertop's July 12, 2023 Notice (No. 22-572, D.I. 48; No. 22-573, D.I. 52), No. 22-426, D.I. 22 at 1, 8; No. 22-427, D.I. 29 at 1, 8;

Whereas Ms. Lori LaPray did not attend the July 20 Hearing held in Backertop's cases;

2

Whereas, as discussed at Backertop's July 20 Hearing, the Court scheduled a hearing for August 1, 2023 to provide Backertop and Ms. Lori LaPray "the opportunity to show cause for why Ms. [Lori] LaPray should not be held in civil contempt for failing to comply with the Court's" Orders scheduling the July 20 Hearing, No 22-572, D.I. 52 at 2; No. 22-573, D.I. 56 at 2;

Whereas at Backertop's July 20 Hearing, Mr. Finger represented to the Court that Creekview's July 21 Hearing was unnecessary because it would proceed in exactly the same manner as Backertop's July 20 Hearing, Tr. of Backertop's July 20, 2023 Hr'g 16:3–16;

Whereas to be efficient with the Court's and the parties' resources, the Court and Mr. Finger agreed to cancel Creekview's July 21 Hearing subject to the Court including Mr. Jacob LaPray in the August 1, 2023 show cause hearing for his failure to comply with the Court's June 23, 2023 Memorandum Order directing him to attend a hearing in person on July 21, 2023, Tr. 16:8–17:10;

NOW THEREFORE, at Wilmington on this Twenty-first day of July in 2023, it is **HEREBY ORDERED** that the Court will hold an in-person hearing on August 1, 2023 at 10:00 a.m., at which time Creekview IP LLC and Mr. Jacob LaPray will be afforded the opportunity to show cause for why Mr. LaPray should

not be held in civil contempt for failing to comply with the Court's June 23, 2023

Memorandum Order (No. 22-426, D.I. 20; No. 22-427, D.I. 27).


_____

CHIEF JUDGE