1                IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF DELAWARE

3

4    BACKERTOP LICENSING LLC,        )
                                     )
5              Plaintiff,            )
                                     )   C.A. No. 1:22-cv-00573-CFC
6      v.                            )
                                     )
7    AUGUST HOME, INC.,              )
                                     )
8              Defendant.            )
                                     )
9    BACKERTOP LICENSING LLC,        )
                                     )
10             Plaintiff,            )
                                     )   C.A. No.  1:22-cv-0572-CFC
11     v.                            )
                                     )
12   CANARY CONNECT, INC.,           )
                                     )
13             Defendant.            )

14

15

16               Thursday, July 20, 2023
                        1:00 p.m.
17                      Hearing

18

19                    844 King Street
                  Wilmington, Delaware
20

21    BEFORE: THE HONORABLE COLM F. CONNOLLY
      United States District Court Judge
22

23

24

25

1   APPEARANCES:

2

3                  CHONG LAW FIRM PA
                   BY:  JIMMY CHONG, ESQ.

4                  -and-

5                  FINGER & SLANINA
                   BY:  DAVID FINGER, ESQ.

6

7                           Counsel for the Plaintiff

8

9

10

11

12

13

14                      _ _ _ _ _ _ _ _ _

15

16

17

18

19

20

21

22

23

24

25

1               P R O C E E D I N G S

2

3       (Proceedings commenced in the courtroom beginning at

4    1:00 p.m.)

5

6            **THE COURT:**  Good afternoon.  Please be seated.

7    Mr. Chong and Mr. Finger.

8            Go ahead, Mr. Finger.  How are you?

9            **MR. FINGER:**  Thank you, Your Honor.  I am

10   assuming Your Honor has read the objection that was filed.

11           **THE COURT:**  Yes.

12           **MR. FINGER:**  I don't have much to add to that

13   other than to answer Your Honor's questions.

14           The witness, Ms. LaPray, is not here.  You have

15   received some documents, and I wanted to explain the

16   background to that a little bit.

17           **THE COURT:**  Yes.

18           **MR. FINGER:**  I think it was oversimplified in

19   Mr. Burn's letter.  When deciding how we were approaching

20   this, Mr. Burns had documents in his possession, and one

21   option was to give them back.  But I felt that Your Honor

22   would not accept that as superior to a Court order.

23           So since they were already in his possession,

24   since we did not want to get him in trouble with the

25   Court, we said, okay, they're already in your possession.

1    Let them go.  But beyond that, my clients are not

2    participating.

3        THE COURT:  When you say, "clients," plural,

4    who are your clients?

5        MR. FINGER:  I'm sorry.  Well, I represent

6    Creekview in tomorrow's hearing and Backertop Licensing

7    here today.

8        THE COURT:  So you've instructed Mr. Burns now

9    that it was okay for him to turn over all the documents in

10   his possession, custody, and control that were responsive

11   to the original document request?

12       MR. FINGER:  Yes, Your Honor.  I saw a letter

13   from him docketed yesterday explaining that he is doing

14   that and that he is delivering in some fashion -- I don't

15   know if he's already done it -- a USB drive with the

16   documents on them.

17       THE COURT:  All right.  And then just so I'm

18   clear, what is it, if anything, about his description of

19   the situation that you take issue with?

20       MR. FINGER:  Well, as far as, it's just he

21   said -- or they changed their mind without any explanation

22   of the reasoning, so I've added to that.

23       THE COURT:  Oh, you're just adding to it.

24       MR. FINGER:  Yes.

25       THE COURT:  Oh, I see.  All right.

 1          **MR. FINGER:**  I felt it was a little more -- it

 2     was not sufficiently illustrative of the reasoning.

 3          **THE COURT:**  Okay.  All right.  So he has

 4     produced documents.

 5          **MR. FINGER:**  Yes.

 6          **THE COURT:**  All right.  And then Mr. Chong,

 7     just within the last hour, I think, produced documents.

 8     Correct, Mr. Chong?

 9          **MR. CHONG:**  I had ordered to have them hand

10     delivered yesterday afternoon.  I'm not sure when they

11     came in.

12          **THE COURT:**  Okay.  We just got them.  All

13     right.  And is this the same -- well --

14          **MR. FINGER:**  I don't know if it is duplicative,

15     Your Honor.

16          **THE COURT:**  Well, okay, but you've given

17     Mr. Chong permission to turn over those documents.

18          **MR. FINGER:**  I did not want to have Mr. Chong,

19     who is a member of this bar, particularly, to get in

20     trouble with Your Honor.

21          **THE COURT:**  All right.  And then Ms. LaPray is

22     not -- did not show today.

23          **MR. FINGER:**  Correct, Your Honor.

24          **THE COURT:**  All right.  So it seems to me what

25     I ought to do is set a hearing for good cause as to why

1  she should not be held in contempt.

2          So I think why don't we do that for August 10th

3  at 1:00.  Will that work?

4          **MR. FINGER:**  If I may, Your Honor, I'm on

5  vacation from the 4th through the 12th, so if Your Honor

6  can make it a little bit later.  And I can't get to my

7  calendar because it's in a pouch.

8          **THE COURT:**  You're welcome to go --

9          **MR. FINGER:**  It's in a pouch, so I can't even

10  open it.  I didn't have my bar card, so I apologize.

11          **THE COURT:**  Okay.

12          **MR. FINGER:**  I haven't been in this Court in so

13  long I didn't realize that's how it worked.

14          **THE COURT:**  Well, I want to make sure you're

15  afforded and Ms. LaPray is afforded process.

16          It may be, if I set a good cause hearing, are

17  you just going to file something that says, we're not

18  showing up again?  Do you know?

19          **MR. FINGER:**  Well, I suppose, Your Honor, to --

20  I haven't given it a lot of though, but I think my

21  reaction would be, basically, to respond, arguing that the

22  order from which Your Honor is seeking a contempt ruling

23  is invalid.

24          It's the same arguments that we've made in the

25  objection, only now, I guess, organized in the context of

1    a response.

2                    **THE COURT:**  Okay.

3                    What's the dates you said you are away?

4                    **MR. FINGER:**  The 4th through the 12th.  And

5    just so Your Honor knows, I think it's around the 20th, I

6    have a trial in Chancery.  It's a half-day trial,

7    hopefully.

8                    **THE COURT:**  On the, what day do you think it

9    is?

10                   **MR. FINGER:**  Either the 20th or the 21st.

11                   **THE COURT:**  The 21st is a Monday, so I'll bet

12   you it's the Monday.

13                   **MR. FINGER:**  Let me put it this way, Your

14   Honor, I'm happy to -- we can set a date, but if Your

15   Honor is open to it, if there is any conflict, I will

16   inform the Court.

17                   **THE COURT:**  That would work.

18                   Well, here's what else we could do.  Why don't

19   we set it for August 1st before you go away?

20                   **MR. FINGER:**  What day of the week is that?

21                   **THE COURT:**  It's a Tuesday.

22                   **MR. FINGER:**  Tuesday.

23                   **THE COURT:**  Will that give you enough time?

24                   **MR. FINGER:**  I think that's doable.  I'm only

25   asking because I'm getting married.

 1                    THE COURT:  Oh, wow.  Congratulations.

 2                    MR. FINGER:  Thank you.  And this is going to

 3       be -- it's not going to be the first, we're getting a

 4       marriage license that week.  Oh, I'm sorry, we're getting

 5       it in late July, so that should work out fine.

 6                    THE COURT:  Okay.  Wow.

 7                    MR. FINGER:  I get that reaction a lot, Your

 8       Honor.

 9                    THE COURT:  Congratulations.

10                    MR. FINGER:  Thank you.

11                    THE COURT:  Well, why don't we set, how about

12       for August 1st at 10:00 a.m.?

13                    MR. FINGER:  All right.  And when would Your

14       Honor like our --

15                    THE COURT:  Well, actually, I'm not requiring

16       anything.

17                    The way I look at it is this, I want to make

18       sure we comport with due process, and if your position

19       isn't going to change and there's no justification that

20       you haven't already brought to my attention --

21                    MR. FINGER:  You could accept it?

22                    THE COURT:  -- I would imagine I'm going to

23       hold her in civil contempt and impose coercive measures to

24       try to get her to comply with a Court order.  Clearly, the

25       Court is empowered to do that.

1          **MR. FINGER:**  So would it be all right, Your

2     Honor, if we just say that the objection we filed will

3     count as our submission in connection with a contempt?  Or

4     do you want it --

5          **THE COURT:**  You do whatever you want to do.

6          **MR. FINGER:**  Okay.

7          **THE COURT:**  You are going to be given, and

8     Ms. LaPray is going to be given an opportunity to be

9     afforded -- I'm going to strike that.

10         She is going to be given an opportunity to show

11    good cause why she shouldn't be held in contempt for

12    disobeying a Court order.

13         Now, it does strike me, though, in light of the

14    productions from counsel and some of the issues that were

15    raised at the hearing in June, that it appears that

16    Backertop, your client, has not complied with the document

17    production order.

18         Do you contest that?

19         **MR. FINGER:**  I can't say or not.  I have not

20    seen the documents.

21         **THE COURT:**  For instance, as I discussed with

22    Mr. Chong and Mr. Burns last time, there's attachments

23    missing from e-mails.  There are documents referenced in

24    e-mails that weren't included.

25         The other thing is we have the benefit of

1     productions from other related Mavexar cases, and it's

2     clear from the production in those cases that we must

3     be -- that we don't have all the documents.

4          And then there's just common sense.  There's --

5     unless there's just really no normal business-type

6     dealings here, it's just very apparent that there's no

7     written communications about matters you'd expect to see

8     written communications.

9          Is it possible everything was conducted by

10    phone?  I suppose so.

11         **MR. FINGER:**  Especially in a small company.

12         **THE COURT:**  Could be.  But anyway, the point

13    is, we also had text messages produced in at least one

14    other related case, and, again, if the parties were acting

15    consistently with all Mavexar-related LLCs, you would

16    expect to have seen text messages.

17         But I'm not making any definitive ruling.  What

18    I'm saying is that that's hanging out there, and if you,

19    for instance, knew that, in fact, yes, Backertop had not

20    produced all the documents consistent with the order, it

21    would be helpful to get that on the record and wrap

22    everything up all at once.

23         **MR. FINGER:**  Your Honor, I believe in candor to

24    the Court, so I will investigate and advise Your Honor.

25         **THE COURT:**  And I also think it's not just

1    candor; it's just efficiency.

2          In other words, I don't know what Backertop's

3    end game is or Mavexar's end game or Ms. LaPray's end game

4    is.  But it just seems, even those folks would be served

5    by trying to do things efficiently.

6          **MR. FINGER:**  Your Honor, I don't mean to throw

7    my friend under the bus, but since he did produce some

8    documents, he may be in a better position to answer those

9    questions if Your Honor wants to inquire.

10         **THE COURT:**  And I will ask Mr. Chong a couple

11   questions about that; although, my guess is that Mr. Chong

12   has been left largely in the dark about a lot of these

13   things.

14         **MR. FINGER:**  Very well, Your Honor.  Thank you.

15         **THE COURT:**  Mr. Chong, can I just ask you on

16   that, question you about some of the documents?

17         **MR. CHONG:**  Yes.

18         **THE COURT:**  So in terms of Backertop's

19   compliance with the document request, can you just tell me

20   what efforts you made to confirm that Backertop had, and,

21   you know, was there anything more than you speaking

22   directly with somebody from Mavexar or with Ms. LaPray?

23         **MR. CHONG:**  I mean, I spoke with Mavexar, with

24   Ms. LaPray, and with Attorney Burns, and received

25   verbal -- they verbally told me that they have searched

1    everything and have produced everything that they could

2    find in compliance with your order, Your Honor.

3            **THE COURT:**  So, for instance, there is, in the

4    document production that we just got from you within the

5    last hour.

6            I realize you may have filed it yesterday or

7    instructed deliverers yesterday, but we didn't get it

8    until a few minutes ago.

9            But just quickly looking at it, there's at

10   least two instances I saw that have a link to a lockbox of

11   documents that apparently were provided to Ms. LaPray by

12   Mavexar-type people.  I didn't see the contents of the

13   lockbox in here.

14           **MR. CHONG:**  Lockbox?

15           **THE COURT:**  Yeah.  Did I say lockbox?  That's

16   my, sorry, my age showing.  A Dropbox.

17           **MR. CHONG:**  Oh, a Dropbox.

18           **THE COURT:**  Let me give you another example.

19   You've got -- and you've designated this confidential.

20   The very first document is the agreement between your law

21   firm, right, and Backertop.

22           You've produced these same agreements during

23   hearings with no assertion of privilege, how is that

24   privileged here?

25           **MR. CHONG:**  They were produced -- when they

1   were previously produced -- and I have to go back and

2   check the records -- my understanding was that we were

3   producing everything under privilege, and that's why they

4   were not filed.

5           **THE COURT:**  But you've introduced this at a

6   hearing in front of me.  Right.  You actually put up the

7   letter.  And there was no objection.  No?

8           **MR. CHONG:**  I would have to recall that.  I

9   mean, I would like to go back and look into that.

10          I believe -- I don't -- I don't recall off the

11  top of my head.

12          **THE COURT:**  Okay, then let's tackle this.  Then

13  I've got a copy of an engagement letter.  There is no

14  cover e-mail.  There is nothing that you would expect to

15  see as to how this document got transported between your

16  law firm and Ms. LaPray, how signatures got on it, right.

17  In your production, there's nothing attached to that.

18          I mean, do you remember how you ended up

19  getting in Ms. LaPray's hands an engagement letter, how it

20  was executed by her, how you got it back?  Do you remember

21  anything about that?

22          **MR. CHONG:**  I don't.  I mean, I produced

23  everything -- I went through my search on my e-mail, and

24  everything that was on my search, I produced.  I don't

25  recall specifically.  I don't, Your Honor.

1          **THE COURT:**  All right.  Well, then, you know,

2     when I look at -- do you have this production in front of

3     you by any chance?

4          **MR. CHONG:**  Yes, Your Honor.

5          **THE COURT:**  So, like, if you turn to Page 26.

6     There's an e-mail there from you to Mr. Burns.  It says,

7     "attachment image 1, image 2."  I don't see them in here.

8     At least I don't think I do.

9          **MR. CHONG:**  I think that's just his -- his firm

10    logo.

11         **THE COURT:**  Okay.

12         **MR. CHONG:**  That's the attachment is his firm

13    logo.

14         **THE COURT:**  All right.  Then turn to the next

15    page, Page 28, here's the Dropbox, right?  Folks from

16    IP Edge are informing Mr. Burns that here's the link to

17    the Dropbox that Backertop has with --

18         **MR. CHONG:**  I guess, so this information, I

19    think -- I believe this is attorney/client privilege, and

20    I think at this point, if we were to discuss this, I think

21    if we could seal the courtroom, and we could --

22         **THE COURT:**  I'm not going to seal the

23    courtroom.  I haven't discussed anything that could

24    reasonably be characterized as attorney/client privilege.

25              All I'm talking about is a link to a Dropbox.

1    That's it.  I'm not asking about the content of the

2    Dropbox, and I'm not going to seal the courtroom.

3              All I want to know is, can you tell me where

4    the documents located in the Dropbox are?  Were they

5    produced?  That's all I'm looking for.

6              **MR. CHONG:**  I guess I would have to go and see

7    if that link is still active.  I don't know.

8              **THE COURT:**  So you don't know.  So it doesn't

9    sound like you're in a position to say that you really

10   have done anything other than obtain oral confirmation

11   from Ms. LaPray that Backertop's document production is

12   complete; is that fair?

13             **MR. CHONG:**  From Ms. LaPray, Mr. Burns,

14   Mavexar.  And I had, you know, went through the

15   attachments as of the last hearing and produced the

16   attachments from my e-mails that I had in my possession.

17             And other than that, I don't have access to

18   their Internet system, so I cannot access their Internet

19   system, so I can just only produce what I have and ask

20   them.

21             **THE COURT:**  All right.  But you've produced all

22   the attachments to the e-mails that you've produced; is

23   that fair?

24             **MR. CHONG:**  Yes, that is correct.

25             **THE COURT:**  Okay.  All right.  Anything else

1    you wish to say?

2              **MR. CHONG:**  No, Your Honor.

3              **THE COURT:**  All right.  So then, we'll have the

4    hearing, we said it's going to be on August 1st at

5    10:00 a.m., a good cause hearing to show why Ms. LaPray

6    should not be held in civil contempt.

7              Anything else?

8              **MR. FINGER:**  I may know the answer to this

9    already, but I wanted to confirm.  Tomorrow, we have the

10   Creekview hearing.  Your Honor, we may need to make a

11   record, but my question is, do we need to go through it

12   other than, I guess Your Honor might need to make a record

13   for whatever other action Your Honor is going to take.

14             I don't think the information you're going to

15   receive is going to be any different.  Not that I'm

16   opposed to visiting the Court.

17             **THE COURT:**  I see.  So you're, basically,

18   saying, I mean, that there's a -- they're obviously, they

19   proceeded along a different calendar.

20             **MR. FINGER:**  Correct.

21             **THE COURT:**  And outstanding now in Creekview is

22   just an order requiring Jacob LaPray to come to court.

23             **MR. FINGER:**  Correct.  And to the extent Your

24   Honor concludes the documents are incomplete, my client,

25   in this case, Creekview, isn't going to be producing any

1   further documents.

2         **THE COURT:**  Well, then, so, yes, then I guess

3   why not just hold the hearings together.  You want to set

4   it for the same date?

5         **MR. FINGER:**  Sure.

6         **THE COURT:**  We'll do that.  We'll cancel

7   tomorrow's hearing.  We'll just set for August 1st, at

8   10:00 a.m., then, a hearing to offer Mr. LaPray an

9   opportunity to show good cause why he should not be held

10  in civil contempt.

11        Let me just ask you, Mr. Finger, under your

12  legal theory, how could a Federal District Court ever have

13  a natural person appear on behalf of a corporate entity

14  when that corporate entity does not have a natural person

15  within its employ or ownership that falls within 100 miles

16  of the state in which the District Court is located?

17        **MR. FINGER:**  It can be a cumbersome process.

18  And I'm spit-balling it to be honest with Your Honor.

19        **THE COURT:**  Well, under your theory, it could

20  never happen, right?

21        **MR. FINGER:**  Well, that could be if, for

22  example, Your Honor has had the option of having her

23  appear by video.  Your Honor denied that request.  But

24  that is one thing that might have not led to this.

25        But in a larger sense, Your Honor could appoint

1  someone, appoint a lawyer or speak to a Court in that

2  foreign jurisdiction and engage its assistance in a

3  specific aspect of this.

4         The question here is really the travel or it

5  was previously.  So as I said, it's not -- I can't say

6  that there's a way to get them physically here, but there

7  are ways to take testimony.

8         **THE COURT:**  It will be a very narrow issue,

9  then.  You're saying it's really -- this is solely about

10  travel; that's what your position is now?

11        **MR. FINGER:**  Well, I mean, it's travel and

12  inconvenience.  And not -- and I don't say inconvenience

13  like you stubbed your toe.

14        I mean, like her affidavit has previously

15  shown, she has child care.  She has -- this is a

16  layperson, you know, not a CEO from a major corporation.

17  And it's imposing.  Of course, it's imposing on anyone to

18  get called to come to court.  It's simply someone who is

19  miles, well over 100 miles away.

20        That certainly was -- the goal was to minimize

21  her inconvenience, and, again, I don't -- it's not a small

22  inconvenience -- by having an alternative to her coming

23  here.

24        But when Your Honor denied that, sort of was --

25  triggered what's before Your Honor now.

1          **THE COURT:**  Right.  Your papers go much broader

2     than -- in their arguments and in their challenges to the

3     Court's authority than simply repeating a request to

4     appear alternatively by video.

5          But I've addressed all that in my rulings, and

6     I don't think it's, as I've stated in my opinion, that

7     it's unduly or unfairly burdensome.

8          And you're right.  Your client may not be the

9     CEO of a major corporation, but she's the sole managing

10     member and owner of this LLC.  And she apparently plays a

11     similar role in other LLCs that have brought over 90

12     lawsuits across the country in our Federal courts.

13          I don't think it's too much ask that she spend

14     what looks to be about $300 and miss one day, not even an

15     entire 24-hour day, to come to court to answer important

16     questions.

17          And as I say, as I said in the opinion, it's,

18     especially given just the unusual nature of this case,

19     this situation between Mr. Burns and Mr. Chong, and it

20     seems especially important.

21          And given all the other matters that I've

22     raised as concerns and the Federal Circuit has upheld as

23     legitimate concerns, it seems entirely appropriate and

24     really necessary, in my view, to assess the credibility of

25     that person in person.

 1            **MR. FINGER:**  I understand and respect Your

 2    Honor's position, but the point about being narrow, the

 3    objection doesn't just deal with the travel.  It deals

 4    with the overall process.

 5            **THE COURT:**  Well, the order requires her

 6    appearance --

 7            **MR. FINGER:**  I understand, Your Honor --

 8            **THE COURT:**  -- that's what the order is all

 9    about.

10            **MR. FINGER:**  -- but the order is not the only

11    thing they objected to.  But thank you, Your Honor.

12            **THE COURT:**  All right.  So I'll see you all on

13    August 1st.

14            **MR. FINGER:**  I'm 90 percent sure it is

15    workable, but I will contact the Court immediately if

16    there's a problem.

17            **THE COURT:**  All right.  Thank you.  We are

18    adjourned.

19                (The proceedings concluded at1:26 p.m.)

20

21

22

23

24

25

1

2                    CERTIFICATE OF COURT REPORTER

3

4        I hereby certify that the foregoing is a true and

5   accurate transcript from my stenographic notes in the

6   proceeding.

7

8                                   /s/ Bonnie R. Archer
                                    Bonnie R. Archer
                                    Official Court Reporter
9                                    U.S. District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**MR. CHONG:**
**[16]** 5/9
11/17 11/23
12/14 12/17
12/25 13/8
13/22 14/4
14/9 14/12
14/18 15/6
15/13 15/24
16/2
**MR. FINGER:**
**[45]**
**THE COURT:**
**[62]**

**$**

**$300 [1]**
19/14

**—**

**-and [1]** 2/4

**/**

**/s [1]** 21/7

**1**

**100 miles [2]**
17/15 18/19
**10:00 a.m [3]**
8/12 16/5
17/8
**10th [1]** 6/2
**12th [2]** 6/5
7/4
**1:00 [3]**
1/16 3/4 6/3
**1:22-cv-00573
-CFC [1]** 1/5
**1:22-cv-0572-
CFC [1]** 1/10

**1st [5]** 7/10
8/12 16/4
17/7 20/13

**2**

**20 [1]** 1/16
**2023 [1]**
1/16
**20th [2]** 7/5
7/10
**21st [2]**
7/10 7/11
**24-hour [1]**
19/15
**26 [1]** 14/5
**28 [1]** 14/15

**4**

**4th [2]** 6/5
7/4

**8**

**844 [1]** 1/19

**9**

**90 [1]** 19/11
**90 percent
[1]** 20/14

**A**

**a.m [3]** 8/12
16/5 17/8
**about [13]**
4/18 8/11
10/7 11/11
11/12 11/16
13/21 14/25
15/1 18/9
19/14 20/2
20/9
**accept [2]**

**access [2]**
15/17 15/18
**accurate [1]**
21/5
**across [1]**
19/12
**acting [1]**
10/14
**action [1]**
16/13
**active [1]**
15/7
**actually [2]**
8/15 13/6
**add [1]** 3/12
**added [1]**
4/22
**adding [1]**
4/23
**addressed [1]**
19/5
**adjourned [1]**
20/18
**advise [1]**
10/24
**affidavit [1]**
18/14
**afforded [3]**
6/15 6/15
9/9
**afternoon [2]**
3/6 5/10
**again [3]**
6/18 10/14
18/21
**age [1]**
12/16
**ago [1]** 12/8
**agreement [1]**
12/20

**agreements**
**[1]** 12/22
**ahead [1]**
3/8
**all [29]**
**along [1]**
16/19
**already [5]**
3/23 3/25
4/15 8/20
16/9
**also [2]**
10/13 10/25
**alternative
[1]** 18/22
**alternatively
[1]** 19/4
**although [1]**
11/11
**am [1]** 3/9
**another [1]**
12/18
**answer [4]**
3/13 11/8
16/8 19/15
**any [6]** 4/21
7/15 10/17
14/3 16/15
16/25
**anyone [1]**
18/17
**anything [8]**
4/18 8/16
11/21 13/21
14/23 15/10
15/25 16/7
**anyway [1]**
10/12
**apologize [1]**
6/10

**A**

**apparent [1]**
10/6
**apparently
[2]** 12/11
19/10
**appear [3]**
17/13 17/23
19/4
**appearance
[1]** 20/6
**APPEARANCES
[1]** 2/1
**appears [1]**
9/15
**appoint [2]**
17/25 18/1
**approaching
[1]** 3/19
**appropriate
[1]** 19/23
**Archer [2]**
21/7 21/8
**are [12]** 3/8
4/1 4/4 6/16
7/3 9/7 9/23
14/16 15/4
16/24 18/7
20/17
**arguing [1]**
6/21
**arguments [2]**
6/24 19/2
**around [1]**
7/5
**as [15]** 3/22
4/20 4/20
5/25 9/3
9/21 13/15

18/5 19/6
19/17 19/17
19/22 19/22
**ask [5]**
11/10 11/15
15/19 17/11
19/13
**asking [2]**
7/25 15/1
**aspect [1]**
18/3
**assertion [1]**
12/23
**assess [1]**
19/24
**assistance
[1]** 18/2
**assuming [1]**
3/10
**at1:26 [1]**
20/19
**attached [1]**
13/17
**attachment
[2]** 14/7
14/12
**attachments
[4]** 9/22
15/15 15/16
15/22
**attention [1]**
8/20
**attorney [3]**
11/24 14/19
14/24
**attorney/clie
nt [2]** 14/19
14/24
**AUGUST [7]**

8/12 16/4
17/7 20/13
**August 10th
[1]** 6/2
**August 1st
[5]** 7/19
8/12 16/4
17/7 20/13
**authority [1]**
19/3
**away [3]** 7/3
7/19 18/19

**B**

**back [4]**
3/21 13/1
13/9 13/20
**BACKERTOP [8]**
1/4 1/9 4/6
9/16 10/19
11/20 12/21
14/17
**Backertop's
[3]** 11/2
11/18 15/11
**background
[1]** 3/16
**balling [1]**
17/18
**bar [2]** 5/19
6/10
**basically [2]**
6/21 16/17
**be [29]**
**because [2]**
6/7 7/25
**been [2]**
6/12 11/12
**before [3]**

18/25
**beginning [1]**
3/3
**behalf [1]**
17/13
**being [1]**
20/2
**believe [3]**
10/23 13/10
14/19
**benefit [1]**
9/25
**bet [1]** 7/11
**better [1]**
11/8
**between [3]**
12/20 13/15
19/19
**beyond [1]**
4/1
**bit [2]** 3/16
6/6
**Bonnie [2]**
21/7 21/8
**broader [1]**
19/1
**brought [2]**
8/20 19/11
**burdensome
[1]** 19/7
**Burn's [1]**
3/19
**Burns [8]**
3/20 4/8
9/22 11/24
14/6 14/16
15/13 19/19
**bus [1]** 11/7
**business [1]**

**B**

business...
[1]   10/5
business-type
[1]   10/5

**C**

C.A [2]   1/5
1/10
calendar [2]
6/7 16/19
called [1]
18/18
came [1]
5/11
can [7]   6/6
7/14 11/15
11/19 15/3
15/19 17/17
can't [4]
6/6 6/9 9/19
18/5
CANARY [1]
1/12
cancel [1]
17/6
candor [2]
10/23 11/1
cannot [1]
15/18
card [1]
6/10
care [1]
18/15
case [3]
10/14 16/25
19/18
cases [2]
10/1 10/2
cause [5]

5/25 6/16
9/11 16/5
17/9
CEO [2]
18/16 19/9
certainly [1]
18/20
CERTIFICATE
[1]   21/2
certify [1]
21/4
CFC [2]   1/5
1/10
challenges
[1]   19/2
chance [1]
14/3
Chancery [1]
7/6
change [1]
8/19
changed [1]
4/21
characterized
[1]   14/24
check [1]
13/2
child [1]
18/15
CHONG [12]
2/2 2/3 3/7
5/6 5/8 5/17
5/18 9/22
11/10 11/11
11/15 19/19
Circuit [1]
19/22
civil [3]
8/23 16/6
17/10

clear [2]
4/18 10/2
Clearly [1]
8/24
client [5]
9/16 14/19
14/24 16/24
19/8
clients [3]
4/1 4/3 4/4
coercive [1]
8/23
COLM [1]
1/21
come [3]
16/22 18/18
19/15
coming [1]
18/22
commenced [1]
3/3
common [1]
10/4
communication
s [2]   10/7
10/8
company [1]
10/11
complete [1]
15/12
compliance
[2]   11/19
12/2
complied [1]
9/16
comply [1]
8/24
comport [1]
8/18
concerns [2]

concluded [1]
20/19
concludes [1]
16/24
conducted [1]
10/9
confidential
[1]   12/19
confirm [2]
11/20 16/9
confirmation
[1]   15/10
conflict [1]
7/15
Congratulatio
ns [2]   8/1
8/9
CONNECT [1]
1/12
connection
[1]   9/3
CONNOLLY [1]
1/21
consistent
[1]   10/20
consistently
[1]   10/15
contact [1]
20/15
contempt [7]
6/1 6/22
8/23 9/3
9/11 16/6
17/10
content [1]
15/1
contents [1]
12/12
contest [1]

**contest...**
 **[1]**   9/18
**context [1]**
 6/25
**control [1]**
 4/10
**copy [1]**
 13/13
**corporate [2]**
  17/13 17/14
**corporation**
 **[2]**   18/16
 19/9
**correct [5]**
 5/8 5/23
 15/24 16/20
 16/23
**could [11]**
 7/18 8/21
 10/12 12/1
 14/21 14/21
 14/23 17/12
 17/19 17/21
 17/25
**counsel [2]**
 2/7 9/14
**count [1]**
 9/3
**country [1]**
 19/12
**couple [1]**
 11/10
**course [1]**
 18/17
**court [21]**
 1/1 1/21
 3/22 3/25
 6/12 7/16

8/24 8/25
9/12 10/24
16/16 16/22
17/12 17/16
18/1 18/18
19/15 20/15
21/2 21/8
21/9
**Court's [1]**
 19/3
**courtroom [4]**
 3/3 14/21
 14/23 15/2
**courts [1]**
 19/12
**cover [1]**
 13/14
**credibility**
 **[1]**   19/24
**Creekview [4]**
 4/6 16/10
 16/21 16/25
**cumbersome**
 **[1]**   17/17
**custody [1]**
 4/10
**cv [2]**   1/5
 1/10

**D**

**dark [1]**
 11/12
**date [2]**
 7/14 17/4
**dates [1]**
 7/3
**DAVID [1]**
 2/5
**day [5]**   7/6
 7/8 7/20

**deal [1]**
 20/3
**dealings [1]**
 10/6
**deals [1]**
 20/3
**deciding [1]**
 3/19
**Defendant [2]**
 1/8 1/13
**definitive**
 **[1]**   10/17
**DELAWARE [2]**
 1/2 1/19
**delivered [1]**
 5/10
**deliverers**
 **[1]**   12/7
**delivering**
 **[1]**   4/14
**denied [2]**
 17/23 18/24
**description**
 **[1]**   4/18
**designated**
 **[1]**   12/19
**did [5]**   3/24
 5/18 5/22
 11/7 12/15
**didn't [4]**
 6/10 6/13
 12/7 12/12
**different [2]**
  16/15 16/19
**directly [1]**
 11/22
**discuss [1]**
 14/20
**discussed [2]**
  9/21 14/23

**disobeying**
 **[1]**   9/12
**DISTRICT [6]**
 1/1 1/2 1/21
 17/12 17/16
 21/9
**do [17]**   5/25
 6/2 6/18 7/8
 7/18 8/25
 9/4 9/5 9/5
 9/18 11/5
 13/18 13/20
 14/2 14/8
 16/11 17/6
**doable [1]**
 7/24
**docketed [1]**
 4/13
**document [7]**
 4/11 9/16
 11/19 12/4
 12/20 13/15
 15/11
**documents**
 **[17]**   3/15
 3/20 4/9
 4/16 5/4 5/7
 5/17 9/20
 9/23 10/3
 10/20 11/8
 11/16 12/11
 15/4 16/24
 17/1
**does [2]**
 9/13 17/14
**doesn't [2]**
 15/8 20/3
**doing [1]**
 4/13
**don't [24]**

**D**

**done [2]**
4/15 15/10
**drive [1]**
4/15
**Dropbox [7]**
12/16 12/17
14/15 14/17
14/25 15/2
15/4
**due [1]** 8/18
**duplicative**
**[1]** 5/14
**during [1]**
12/22

**E**

**e-mail [3]**
13/14 13/23
14/6
**e-mails [4]**
9/23 9/24
15/16 15/22
**Edge [1]**
14/16
**efficiency**
**[1]** 11/1
**efficiently**
**[1]** 11/5
**efforts [1]**
11/20
**Either [1]**
7/10
**else [3]**
7/18 15/25
16/7
**employ [1]**
17/15
**empowered [1]**
8/25

**end [3]**
11/3 11/3
**ended [1]**
13/18
**engage [1]**
18/2
**engagement**
**[2]** 13/13
13/19
**enough [1]**
7/23
**entire [1]**
19/15
**entirely [1]**
19/23
**entity [2]**
17/13 17/14
**especially**
**[3]** 10/11
19/18 19/20
**ESQ [2]** 2/3
2/5
**even [3]** 6/9
11/4 19/14
**ever [1]**
17/12
**everything**
**[7]** 10/9
10/22 12/1
12/1 13/3
13/23 13/24
**example [2]**
12/18 17/22
**executed [1]**
13/20
**expect [3]**
10/7 10/16
13/14
**explain [1]**
3/15

**explaining**
**[1]** 4/13
**explanation**
**[1]** 4/21
**extent [1]**
16/23

**F**

**fact [1]**
10/19
**fair [2]**
15/12 15/23
**falls [1]**
17/15
**far [1]** 4/20
**fashion [1]**
4/14
**Federal [3]**
17/12 19/12
19/22
**felt [2]**
3/21 5/1
**few [1]** 12/8
**file [1]**
6/17
**filed [4]**
3/10 9/2
12/6 13/4
**find [1]**
12/2
**fine [1]** 8/5
**FINGER [5]**
2/5 2/5 3/7
3/8 17/11
**firm [5]** 2/2
12/21 13/16
14/9 14/12
**first [2]**
8/3 12/20
**folks [2]**

**foregoing [1]**
21/4
**foreign [1]**
18/2
**friend [1]**
11/7
**front [2]**
13/6 14/2
**further [1]**
17/1

**G**

**game [3]**
11/3 11/3
11/3
**get [9]** 3/24
5/19 6/6 8/7
8/24 10/21
12/7 18/6
18/18
**getting [4]**
7/25 8/3 8/4
13/19
**give [3]**
3/21 7/23
12/18
**given [7]**
5/16 6/20
9/7 9/8 9/10
19/18 19/21
**go [9]** 3/8
4/1 6/8 7/19
13/1 13/9
15/6 16/11
19/1
**goal [1]**
18/20
**going [16]**
6/17 8/2 8/3

**G**

**going... [13]**
8/19 8/22
9/7 9/8 9/9
9/10 14/22
15/2 16/4
16/13 16/14
16/15 16/25
**good [6]**    3/6
5/25 6/16
9/11 16/5
17/9
**got [7]**    5/12
12/4 12/19
13/13 13/15
13/16 13/20
**guess [6]**
6/25 11/11
14/18 15/6
16/12 17/2

**H**

**had [8]**    3/20
5/9 10/13
10/19 11/20
15/14 15/16
17/22
**half [1]**    7/6
**half-day [1]**
7/6
**hand [1]**    5/9
**hands [1]**
13/19
**hanging [1]**
10/18
**happen [1]**
17/20
**happy [1]**
7/14
**has [10]**

9/16 11/12
14/17 17/22
18/14 18/15
18/15 19/22
**have [27]**
**haven't [4]**
6/12 6/20
8/20 14/23
**having [2]**
17/22 18/22
**he [7]**    4/13
4/14 4/20
5/3 11/7
11/8 17/9
**he's [1]**
4/15
**head [1]**
13/11
**hearing [12]**
1/17 4/6
5/25 6/16
9/15 13/6
15/15 16/4
16/5 16/10
17/7 17/8
**hearings [2]**
12/23 17/3
**held [4]**    6/1
9/11 16/6
17/9
**helpful [1]**
10/21
**her [8]**    8/23
8/24 13/20
17/22 18/14
18/21 18/22
20/5
**here [9]**
3/14 4/7

12/24 14/7
18/4 18/6
18/23
**here's [3]**
7/18 14/15
14/16
**hereby [1]**
21/4
**him [3]**    3/24
4/9 4/13
**his [7]**    3/20
3/23 4/10
4/18 14/9
14/9 14/12
**hold [2]**
8/23 17/3
**HOME [1]**    1/7
**honest [1]**
17/18
**Honor [38]**
**Honor's [2]**
3/13 20/2
**HONORABLE [1]**
1/21
**hopefully [1]**
7/7
**hour [3]**    5/7
12/5 19/15
**how [11]**    3/8
3/19 6/13
8/11 12/23
13/15 13/16
13/18 13/19
13/20 17/12

**I**

**I'll [2]**
7/11 20/12
**I'm [21]**    4/5

6/4 7/14
7/24 7/25
8/4 8/15
8/22 9/9
10/17 10/18
14/22 14/25
15/1 15/2
15/5 16/15
17/18 20/14
**I've [5]**
4/22 13/13
19/5 19/6
19/21
**illustrative**
**[1]**    5/2
**image [2]**
14/7 14/7
**image 1 [1]**
14/7
**image 2 [1]**
14/7
**imagine [1]**
8/22
**immediately**
**[1]**    20/15
**important [2]**
19/15 19/20
**impose [1]**
8/23
**imposing [2]**
18/17 18/17
**INC [2]**    1/7
1/12
**included [1]**
9/24
**incomplete**
**[1]**    16/24
**inconvenience**
**[4]**    18/12

**inconvenience ... [3]**
18/12 18/21 18/22
**inform [1]**
7/16
**information [2]** 14/18
16/14
**informing [1]**
14/16
**inquire [1]**
11/9
**instance [3]**
9/21 10/19 12/3
**instances [1]**
12/10
**instructed [2]** 4/8
12/7
**Internet [2]**
15/18 15/18
**introduced [1]** 13/5
**invalid [1]**
6/23
**investigate [1]** 10/24
**IP [1]** 14/16
**IP Edge [1]**
14/16
**is [58]**
**isn't [2]**
8/19 16/25
**issue [2]**
4/19 18/8
**issues [1]**

**it [48]**
**it's [25]**
**its [2]**
17/15 18/2

**J**

**Jacob [1]**
16/22
**JIMMY [1]**
2/3
**Judge [1]**
1/21
**July [2]**
1/16 8/5
**June [1]**
9/15
**jurisdiction [1]** 18/2
**just [26]**
**justification [1]** 8/19

**K**

**King [1]**
1/19
**knew [1]**
10/19
**know [12]**
4/15 5/14
6/18 11/2
11/21 14/1
15/3 15/7
15/8 15/14
16/8 18/16
**knows [1]**
7/5

**L**

**LaPray [13]**
3/14 5/21

11/22 11/24
12/11 13/16
15/11 15/13
16/5 16/22
17/8
**LaPray's [2]**
11/3 13/19
**largely [1]**
11/12
**larger [1]**
17/25
**last [4]** 5/7
9/22 12/5
15/15
**late [1]** 8/5
**later [1]**
6/6
**law [3]** 2/2
12/20 13/16
**lawsuits [1]**
19/12
**lawyer [1]**
18/1
**layperson [1]**
18/16
**least [3]**
10/13 12/10
14/8
**led [1]**
17/24
**left [1]**
11/12
**legal [1]**
17/12
**legitimate [1]** 19/23
**Let [4]** 4/1
7/13 12/18
17/11

13/12
**letter [5]**
3/19 4/12
13/7 13/13
13/19
**license [1]**
8/4
**LICENSING [3]**
1/4 1/9 4/6
**light [1]**
9/13
**like [6]**
8/14 13/9
14/5 15/9
18/13 18/14
**link [4]**
12/10 14/16
14/25 15/7
**little [3]**
3/16 5/1 6/6
**LLC [3]** 1/4
1/9 19/10
**LLCs [2]**
10/15 19/11
**located [2]**
15/4 17/16
**lockbox [4]**
12/10 12/13
12/14 12/15
**logo [2]**
14/10 14/13
**long [1]**
6/13
**look [3]**
8/17 13/9
14/2
**looking [2]**
12/9 15/5
**looks [1]**

**L**

**looks... [1]**
19/14
**lot [3]**   6/20
8/7  11/12

**M**

**made [2]**
6/24  11/20
**mail [3]**
13/14  13/23
14/6
**mails [4]**
9/23  9/24
15/16  15/22
**major [2]**
18/16  19/9
**make [5]**   6/6
6/14  8/17
16/10  16/12
**making [1]**
10/17
**managing [1]**
19/9
**marriage [1]**
8/4
**married [1]**
7/25
**matters [2]**
10/7  19/21
**Mavexar [6]**
10/1  10/15
11/22  11/23
12/12  15/14
**Mavexar's [1]**
11/3
**Mavexar-relat
ed [1]**   10/15
**Mavexar-type
[1]**   12/12

**may [7]**   6/4
6/16  11/8
12/6  16/8
16/10  19/8
**me [9]**   5/24
7/13  9/13
11/19  11/25
12/18  13/6
15/3  17/11
**mean [8]**
11/6  11/23
13/9  13/18
13/22  16/18
18/11  18/14
**measures [1]**
8/23
**member [2]**
5/19  19/10
**messages [2]**
10/13  10/16
**might [2]**
16/12  17/24
**miles [3]**
17/15  18/19
18/19
**mind [1]**
4/21
**minimize [1]**
18/20
**minutes [1]**
12/8
**miss [1]**
19/14
**missing [1]**
9/23
**Monday [2]**
7/11  7/12
**more [2]**   5/1
11/21
**Mr. [22]**

**Mr. Burns's
[1]**   3/19
**Mr. Burns [7]**
3/20  4/8
9/22  14/6
14/16  15/13
19/19
**Mr. Chong
[10]**   3/7
5/6  5/8  5/17
5/18  9/22
11/10  11/11
11/15  19/19
**Mr. Finger
[3]**   3/7  3/8
17/11
**Mr. LaPray
[1]**   17/8
**Ms [8]**   11/3
11/22  11/24
13/16  13/19
15/11  15/13
16/5
**Ms. [5]**   3/14
5/21  6/15
9/8  12/11
**Ms. LaPray
[5]**   3/14
5/21  6/15
9/8  12/11
**much [3]**
3/12  19/1
19/13
**must [1]**
10/2
**my [22]**

**N**

**narrow [2]**
18/8  20/2

**natural [2]**
17/13  17/14
**nature [1]**
19/18
**necessary [1]**
19/24
**need [3]**
16/10  16/11
16/12
**never [1]**
17/20
**next [1]**
14/14
**no [10]**   1/5
1/10  8/19
10/5  10/6
12/23  13/7
13/7  13/13
16/2
**normal [1]**
10/5
**not [36]**
**notes [1]**
21/5
**nothing [2]**
13/14  13/17
**now [6]**   4/8
6/25  9/13
16/21  18/10
18/25

**O**

**objected [1]**
20/11
**objection [5]**
3/10  6/25
9/2  13/7
20/3
**obtain [1]**
15/10

**obviously [1]**
16/18
**off [1]**
13/10
**offer [1]**
17/8
**Official [1]**
21/8
**Oh [5]** 4/23
4/25 8/1 8/4
12/17
**okay [12]**
3/25 4/9 5/3
5/12 5/16
6/11 7/2 8/6
9/6 13/12
14/11 15/25
**once [1]**
10/22
**one [4]** 3/20
10/13 17/24
19/14
**only [4]**
6/25 7/24
15/19 20/10
**open [2]**
6/10 7/15
**opinion [2]**
19/6 19/17
**opportunity**
**[3]** 9/8
9/10 17/9
**opposed [1]**
16/16
**option [2]**
3/21 17/22
**oral [1]**
15/10

**order [11]**
3/22 6/22
8/24 9/12
9/17 10/20
12/2 16/22
20/5 20/8
20/10
**ordered [1]**
5/9
**organized [1]**
6/25
**original [1]**
4/11
**other [11]**
3/13 9/25
10/1 10/14
11/2 15/10
15/17 16/12
16/13 19/11
19/21
**ought [1]**
5/25
**our [3]** 8/14
9/3 19/12
**out [2]** 8/5
10/18
**outstanding**
**[1]** 16/21
**over [4]** 4/9
5/17 18/19
19/11
**overall [1]**
20/4
**oversimplifie**
**d [1]** 3/18
**owner [1]**
19/10
**ownership [1]**
17/15

**p.m [3]** 1/16
3/4 20/19
**PA [1]** 2/2
**page [3]**
14/5 14/15
14/15
**Page 26 [1]**
14/5
**Page 28 [1]**
14/15
**papers [1]**
19/1
**participating**
**[1]** 4/2
**particularly**
**[1]** 5/19
**parties [1]**
10/14
**people [1]**
12/12
**percent [1]**
20/14
**permission**
**[1]** 5/17
**person [4]**
17/13 17/14
19/25 19/25
**phone [1]**
10/10
**physically**
**[1]** 18/6
**Plaintiff [3]**
1/5 1/10
2/7
**plays [1]**
19/10
**Please [1]**
3/6

**plural [1]**
4/3
**point [3]**
10/12 14/20
20/2
**position [5]**
8/18 11/8
15/9 18/10
20/2
**possession**
**[5]** 3/20
3/23 3/25
4/10 15/16
**possible [1]**
10/9
**pouch [2]**
6/7 6/9
**previously**
**[3]** 13/1
18/5 18/14
**privilege [4]**
12/23 13/3
14/19 14/24
**privileged**
**[1]** 12/24
**problem [1]**
20/16
**proceeded [1]**
16/19
**proceeding**
**[1]** 21/6
**proceedings**
**[2]** 3/3
20/19
**process [4]**
6/15 8/18
17/17 20/4
**produce [2]**
11/7 15/19
**produced [14]**
5/4 5/7

**produced...**
**[12]** 10/13
10/20 12/1
12/22 12/25
13/1 13/22
13/24 15/5
15/15 15/21
15/22
**producing [2]**
13/3 16/25
**production**
**[6]** 9/17
10/2 12/4
13/17 14/2
15/11
**productions**
**[2]** 9/14
10/1
**provided [1]**
12/11
**put [2]** 7/13
13/6

**Q**

**question [3]**
11/16 16/11
18/4
**questions [4]**
3/13 11/9
11/11 19/16
**quickly [1]**
12/9

**R**

**raised [2]**
9/15 19/22
**reaction [2]**
6/21 8/7
**read [1]**

**realize [2]**
6/13 12/6
**really [5]**
10/5 15/9
18/4 18/9
19/24
**reasonably**
**[1]** 14/24
**reasoning [2]**
4/22 5/2
**recall [3]**
13/8 13/10
13/25
**receive [1]**
16/15
**received [2]**
3/15 11/24
**record [3]**
10/21 16/11
16/12
**records [1]**
13/2
**referenced**
**[1]** 9/23
**related [3]**
10/1 10/14
10/15
**remember [2]**
13/18 13/20
**repeating [1]**
19/3
**REPORTER [2]**
21/2 21/8
**represent [1]**
4/5
**request [4]**
4/11 11/19
17/23 19/3
**requires [1]**

**requiring [2]**
8/15 16/22
**respect [1]**
20/1
**respond [1]**
6/21
**response [1]**
7/1
**responsive**
**[1]** 4/10
**right [23]**
**role [1]**
19/11
**ruling [2]**
6/22 10/17
**rulings [1]**
19/5

**S**

**said [6]**
3/25 4/21
7/3 16/4
18/5 19/17
**same [4]**
5/13 6/24
12/22 17/4
**saw [2]** 4/12
12/10
**say [9]** 4/3
9/2 9/19
12/15 15/9
16/1 18/5
18/12 19/17
**saying [3]**
10/18 16/18
18/9
**says [2]**
6/17 14/6
**seal [3]**

15/2
**search [2]**
13/23 13/24
**searched [1]**
11/25
**seated [1]**
3/6
**see [8]** 4/25
10/7 12/12
13/15 14/7
15/6 16/17
20/12
**seeking [1]**
6/22
**seems [4]**
5/24 11/4
19/20 19/23
**seen [2]**
9/20 10/16
**sense [2]**
10/4 17/25
**served [1]**
11/4
**set [7]** 5/25
6/16 7/14
7/19 8/11
17/3 17/7
**she [7]** 6/1
9/10 9/11
18/15 18/15
19/10 19/13
**she's [1]**
19/9
**should [4]**
6/1 8/5 16/6
17/9
**shouldn't [1]**
9/11
**show [4]**

**show... [4]**
5/22 9/10
16/5 17/9
**showing [2]**
6/18 12/16
**shown [1]**
18/15
**signatures [1]** 13/16
**similar [1]**
19/11
**simply [2]**
18/18 19/3
**since [3]**
3/23 3/24
11/7
**situation [2]**
4/19 19/19
**SLANINA [1]**
2/5
**small [2]**
10/11 18/21
**so [30]**
**sole [1]**
19/9
**solely [1]**
18/9
**some [5]**
3/15 4/14
9/14 11/7
11/16
**somebody [1]**
11/22
**someone [2]**
18/1 18/18
**something [1]**
6/17
**sorry [3]**

4/5 8/4
12/16
**sort [1]**
18/24
**sound [1]**
15/9
**speak [1]**
18/1
**speaking [1]**
11/21
**specific [1]**
18/3
**specifically [1]** 13/25
**spend [1]**
19/13
**spit [1]**
17/18
**spit-balling [1]** 17/18
**spoke [1]**
11/23
**state [1]**
17/16
**stated [1]**
19/6
**STATES [2]**
1/1 1/21
**stenographic [1]** 21/5
**still [1]**
15/7
**Street [1]**
1/19
**strike [2]**
9/9 9/13
**stubbed [1]**
18/13
**submission [1]** 9/3

**sufficiently [1]** 5/2
**superior [1]**
3/22
**suppose [2]**
6/19 10/10
**sure [5]**
5/10 6/14
8/18 17/5
20/14
**system [2]**
15/18 15/19

**T**

**tackle [1]**
13/12
**take [3]**
4/19 16/13
18/7
**talking [1]**
14/25
**tell [2]**
11/19 15/3
**terms [1]**
11/18
**testimony [1]**
18/7
**text [2]**
10/13 10/16
**than [7]**
3/13 11/21
15/10 15/17
16/12 19/2
19/3
**thank [6]**
3/9 8/2 8/10
11/14 20/11
20/17
**that [88]**
**that's [11]**

6/13 7/14
10/18 12/15
13/3 14/9
14/12 15/1
15/5 18/10
20/8
**their [5]**
4/21 15/18
15/18 19/2
19/2
**them [8]**
3/21 4/1
4/16 5/9
5/12 14/7
15/20 18/6
**then [13]**
4/17 5/6
5/21 10/4
13/12 13/12
14/1 14/14
16/3 17/2
17/2 17/8
18/9
**theory [2]**
17/12 17/19
**there [10]**
7/15 9/23
10/18 11/21
12/3 13/7
13/13 13/14
14/6 18/6
**there's [12]**
8/19 9/22
10/4 10/4
10/5 10/6
12/9 13/17
14/6 16/18
18/6 20/16
**these [2]**
11/12 12/22

**T**

**they [12]**
3/23  4/21
5/10  11/25
11/25  12/1
12/25  12/25
13/3  15/4
16/18  20/11
**they're [2]**
3/25  16/18
**thing [3]**
9/25  17/24
20/11
**things [2]**
11/5  11/13
**think [16]**
3/18  5/7  6/2
6/20  7/5  7/8
7/24  10/25
14/8  14/9
14/19  14/20
14/20  16/14
19/6  19/13
**this [25]**
**those [4]**
5/17  10/2
11/4  11/8
**though [2]**
6/20  9/13
**through [5]**
6/5  7/4
13/23  15/14
16/11
**throw [1]**
11/6
**Thursday [1]**
1/16
**time [2]**
7/23  9/22

**today [2]**
4/7  5/22
**toe [1]**
18/13
**together [1]**
17/3
**told [1]**
11/25
**Tomorrow [1]**
16/9
**tomorrow's**
**[2]**   4/6
17/7
**too [1]**
19/13
**top [1]**
13/11
**transcript**
**[1]**   21/5
**transported**
**[1]**   13/15
**travel [4]**
18/4  18/10
18/11  20/3
**trial [2]**
7/6  7/6
**triggered [1]**
18/25
**trouble [2]**
3/24  5/20
**true [1]**
21/4
**try [1]**   8/24
**trying [1]**
11/5
**Tuesday [2]**
7/21  7/22
**turn [4]**   4/9
5/17  14/5
14/14

**two [13]**
12/10
**type [2]**
10/5  12/12

**U**

**U.S [1]**   21/9
**under [4]**
11/7  13/3
17/11  17/19
**understand**
**[2]**   20/1
20/7
**understanding**
**[1]**   13/2
**unduly [1]**
19/7
**unfairly [1]**
19/7
**UNITED [2]**
1/1  1/21
**unless [1]**
10/5
**until [1]**
12/8
**unusual [1]**
19/18
**up [4]**   6/18
10/22  13/6
13/18
**upheld [1]**
19/22
**USB [1]**   4/15

**V**

**vacation [1]**
6/5
**verbal [1]**
11/25
**verbally [1]**

**very [4]**
10/6  11/14
12/20  18/8
**video [2]**
17/23  19/4
**view [1]**
19/24
**visiting [1]**
16/16

**W**

**want [8]**
3/24  5/18
6/14  8/17
9/4  9/5  15/3
17/3
**wanted [2]**
3/15  16/9
**wants [1]**
11/9
**was [16]**
3/10  3/18
3/21  4/9  5/1
5/2  10/9
11/21  13/2
13/7  13/20
13/24  18/5
18/20  18/20
18/24
**way [3]**   7/13
8/17  18/6
**ways [1]**
18/7
**we [27]**
**we'll [4]**
16/3  17/6
17/6  17/7
**we're [3]**
6/17  8/3  8/4

**W**

**we've [1]**
6/24
**week [2]**
7/20 8/4
**welcome [1]**
6/8
**well [17]**
4/5 4/20
5/13 5/16
6/14 6/19
7/18 8/11
8/15 11/14
14/1 17/2
17/19 17/21
18/11 18/19
20/5
**went [2]**
13/23 15/14
**were [12]**
3/19 3/23
4/10 9/14
10/14 12/11
12/25 13/1
13/2 13/4
14/20 15/4
**weren't [1]**
9/24
**what [12]**
4/18 5/24
7/8 7/18
7/20 10/17
11/2 11/20
15/19 18/10
19/14 20/8
**what's [2]**
7/3 18/25
**whatever [2]**
9/5 16/13

**when [8]**
3/19 4/3
5/10 8/13
12/25 14/2
17/14 18/24
**where [1]**
15/3
**which [2]**
6/22 17/16
**who [3]** 4/4
5/19 18/18
**why [9]** 5/25
6/2 7/18
8/11 9/11
13/3 16/5
17/3 17/9
**will [8]** 6/3
7/15 7/23
9/2 10/24
11/10 18/8
20/15
**Wilmington
[1]** 1/19
**wish [1]**
16/1
**within [4]**
5/7 12/4
17/15 17/15
**without [1]**
4/21
**witness [1]**
3/14
**words [1]**
11/2
**work [3]** 6/3
7/17 8/5
**workable [1]**
20/15
**worked [1]**
6/13

**would [13]**
3/22 6/21
7/17 8/13
8/22 9/1
10/15 10/21
11/4 13/8
13/9 13/14
15/6
**wow [2]** 8/1
8/6
**wrap [1]**
10/21
**written [2]**
10/7 10/8

**Y**

**Yeah [1]**
12/15
**yes [10]**
3/11 3/17
4/12 4/24
5/5 10/19
11/17 14/4
15/24 17/2
**yesterday [4]**
4/13 5/10
12/6 12/7
**you [57]**
**you'd [1]**
10/7
**you're [8]**
4/23 6/8
6/14 15/9
16/14 16/17
18/9 19/8
**you've [8]**
4/8 5/16
12/19 12/19
12/22 13/5
15/21 15/22

**your [54]**