1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3

4   BACKERTOP LICENSING LLC,        )
                                    )
5            Plaintiff,             )
                                    )   C.A. No. 1:22-cv-00573-CFC
6       v.                          )
                                    )
7   AUGUST HOME, INC.,              )
                                    )
8            Defendant.             )
                                    )
9   BACKERTOP LICENSING LLC,        )
                                    )
10           Plaintiff,             )
                                    )   C.A. No.  1:22-cv-0572-CFC
11      v.                          )
                                    )
12  CANARY CONNECT, INC.,           )
                                    )
13           Defendant.             )

14

15

16              Tuesday, August 1, 2023
                     10:00 a.m.
17                   Hearing

18

19               844 King Street
               Wilmington, Delaware
20

21   BEFORE: THE HONORABLE COLM F. CONNOLLY
        United States District Court Judge
22

23

24

25

1    APPEARANCES:

2

3                    CHONG LAW FIRM PA
                     BY:  JIMMY CHONG, ESQ.

4                    -and-

5                    FINGER & SLANINA
                     BY:  DAVID FINGER, ESQ.

6

7                             Counsel for the Plaintiff

8

9

10

11

12

13

14                      _ _ _ _ _ _ _ _ _

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2

 3        (Proceedings commenced in the courtroom beginning at

 4    10:00 a.m.)

 5

 6        THE COURT:  Good morning.  Please be seated.

 7    All right.  Mr. Finger.

 8        MR. FINGER:  Good morning, Your Honor.  David

 9    Finger on behalf of Backertop Licensing and Creekview, IP

10    Licensing.

11             Your Honor, we are presenting no witnesses this

12    morning.  None of them have shown.

13             On Friday, we presented Your Honor with a

14    memorandum of authorities explaining why it is our

15    position that these proceedings should not be going

16    forward.  Some, Your Honor is familiar with already from

17    the objection.

18             We also provided some additional authorities,

19    particularly in the context of bringing in witnesses from

20    over 100 miles away.  We have a couple of U.S. Supreme

21    Court cases and a Third Circuit case which hold that Your

22    Honor cannot exercise inherent authority for something

23    that's prescribed by the Federal Rules.

24             Be that as it may, Your Honor, unless Your

25    Honor has any questions, I have no -- I'm happy to stand
```

1    on my papers and end.

2              **THE COURT:**  Okay.  So both Ms. LaPray and

3    Mr. LaPray are not here, correct?

4              **MR. FINGER:**  Correct.  And neither is any

5    representative of Backertop or Creekview.

6              **THE COURT:**  Creekview?

7              **MR. FINGER:**  Yes.

8              **THE COURT:**  Okay.  I didn't hear.

9              **MR. FINGER:**  Apologize, Your Honor.

10             **THE COURT:**  Okay.  One of the things I'm

11   supposed to consider in crafting a remedy for a civil

12   contempt is the financial resources and the burden on the

13   party.

14             What can you tell me about, let's start with

15   Ms. LaPray.  Do you know anything about what her salary is

16   as a paralegal?

17             **MR. FINGER:**  I can't answer that question.

18   From what I glean, from what I've seen in this case so far

19   and my conversation with her, which was not on that

20   specific issue, is these are working people, not of great

21   means.

22             But again, I can't give Your Honor any document

23   or cite to any specific information to answer that.

24   That's solely my impression.

25             **THE COURT:**  So you don't know anything about

1    her financial resources other than, I guess, what's been

2    on the record, which is she's a paralegal, and her husband

3    works for IP Edge, fair?

4              **MR. FINGER:**  That's fair, Your Honor.

5              **THE COURT:**  All right.  How about with respect

6    to Mr. LaPray, what does he do for a living?

7              **THE WITNESS:**  Again, I don't have that

8    information.

9              **THE COURT:**  You have no information whatsoever?

10             **MR. FINGER:**  I'm going to not say anything

11   because anything I say will be pure speculation.

12             **THE COURT:**  Then you shouldn't say it.  Okay.

13   So you don't know anything about the burden associated

14   with coming to court --

15             **MR. FINGER:**  I do not.

16             **THE COURT:**  -- that he would suffer; is that

17   right?

18             **MR. FINGER:**  That's correct, Your Honor.

19             **THE COURT:**  Okay.  Anything else you wish to

20   say?

21             **MR. FINGER:**  No, Your Honor.  Thank you.

22             **THE COURT:**  All right.  What I'm going to do is

23   I will issue an order at some point.  You've made this

24   filing on Friday.

25             **MR. FINGER:**  Apology.

1          **THE COURT:**  So I'm not in a position to respond

2     to it this morning.

3          But anything else you wish to say in connection

4     with these, please do so now.

5          **MR. FINGER:**  I think, Your Honor, everything we

6     have to say is included in the papers for Your Honor to

7     review.

8          **THE COURT:**  Okay.

9          Mr. Chong, do you have anything to say?

10         **MR. CHONG:**  No, Your Honor.

11         **THE COURT:**  Okay.  Then we are adjourned.

12    Thank you.

13         **MR. FINGER:**  Thank you, Your Honor.

14         (The proceedings concluded at  10:07 a.m.)

15

16

17                 CERTIFICATE OF COURT REPORTER

18

19      I hereby certify that the foregoing is a true and

20    accurate transcript from my stenographic notes in the

21    proceeding.

22
                              /s/ Bonnie R. Archer
23                            Bonnie R. Archer
                              Official Court Reporter
24                             U.S. District Court

25